**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
Case No. 0:17-cv-61753-BB

GENARA ZUNILA RAFFO,

    Plaintiff,

v.

TROPICAL HEALTH & HOMECARE
SERVICES, INC., JOANNA LATIMER,
CHEDDI V. REID,

    Defendants.
_____/

**DEFENDANT'S NOTICE OF FILING**

    Defendant, CHEDDI V. REID, by and through his undersigned counsel, hereby gives notice of filing a Suggestion of Bankruptcy, a copy of which is attached hereto as Exhibit A.

    Respectfully submitted, this 2nd day of February, 2018.

                                                   LUBELL & ROSEN, LLC
                                                 *Attorneys for Defendants*
                                                 200 S. Andrews Ave, Suite 900
                                                 Ft. Lauderdale, Florida 33301
                                                 Phone: (954) 880-9500
                                                 Fax: (954) 755-2993
                                                 E-mail:   adi@lubellrosen.com

                                                 By: *s/Adi Amit*
                                                     Adi Amit, Esquire
                                                     Florida Bar No. 35257

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 2, 2018, I electronically filed the foregoing document with the clerk of the court using CM/ECF. I also certify that the foregoing document is being served this day to all persons on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ *Adi Amit*
Adi Amit

## SERVICE LIST

*Genara Zunila Raffo v. Tropical Health & Homecare Services, Inc., et al*
S.D. Fla. Case No. 0:17-cv-61753-BB

| | |
|---|---|
| Elliot Kozolchyk, Esq. | Adi Amit, Esquire |
| Koz Law, P.A., | LUBELL & ROSEN, LLC |
| 320 S.E. 9th Street | 200 S. Andrews Avenue |
| Fort Lauderdale, Florida 33316 | Suite 900 |
| ekoz@kozlawfirm.com | Ft. Lauderdale, Florida 33301 |
| *Counsel for Plaintiff* | adi@lubellrosen.com |
| | *Counsel for Defendants* |