UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GENARA ZUNILA RAFFO,

        Plaintiff,

VS.

Tropical Health & Homecare
Services, Inc., *Et. Al.*,

        Defendant(s),
_____/

CASE NO.: 0:17-cv-61753-BB

## SUGGESTION OF BANKRUPTCY

The Defendant, **CHEDDI V. REID**, by and through their undersigned attorney hereby notifies this Court:

1. On or about November 22, 2017, Defendant has filed a Chapter 13 Petition for Bankruptcy Relief, CASE No.: **17-24068-RBR**, in the United States District Court for the Southern District of Florida.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this original motion has been filed on January 24, 2018, with the Clerk of Courts and a true and correct copy has been furnished by mail to Elliot Kozolchyk, Esq., c/o Koz Law, PA, 320 SE 9th Street, Fort Lauderdale, FL 33316 and Adi Amit, Esq., c/o Lubell & Rosen, LLC, 200 S. Andrew Avenue, Suite 900, Fort Lauderdale, FL 33301.

Respectfully Submitted:

By:   /S/ Christina A. Fiallo
       Christina Alexandra Fiallo, Esq.
       Florida Bar No. 92376

**Fiallo Law**
*Attorney for Debtor*
7975 NW 154 Street, Ste. 470
Miami Lakes, FL 33016
Ph: (305) 222-7715/Fax: (305) 907-5390
Service: service@fiallolaw.com

United States Bankruptcy Court
Southern District of Florida

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 13 of the United States Bankruptcy Code, entered on 11/22/2017 at 1:18 PM and filed on 11/22/2017.

**Cheddi Vernal Reid**
3221 SW 187 Terrace
Hollywood, FL 33029
SSN / ITIN: xxx-xx-7227

The case was filed by the debtor's attorney:

**Christina A Fiallo**
7975 NW 154 Street
Suite 470
Miami Lakes, FL 33016
305-222-7715

The bankruptcy trustee is:

**Robin R Weiner**
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355
954-382-2001

The case was assigned case number 17-24068-RBR to Judge Raymond B Ray.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page www.flsb.uscourts.gov or at the Clerk's Office, , .

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Joseph Falzone**
**Clerk, U.S. Bankruptcy Court**

| PACER Service Center | | |
|---|---|---|
| Transaction Receipt | | |
| 01/24/2018 15:50:27 | | |
| PACER Login: | fiallolaw:4540265:0 | Client Code: |